No. 87–1546. MELCHER, UNITED STATES SENATOR *v.* FEDERAL OPEN MARKET COMMITTEE ET AL. C. A. D. C. Cir. Cer-

tiorari denied.